

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2020**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **THE NATIONAL CENTER FOR** | § | Case No. 18-30453-7 |
| **POLICY ANALYSIS,** | § | |
| | § | |
| Debtor. | § | |

### ORDER TRANSFERRING CASE

Due to the ongoing matters pending in this case over which this Court has presided, the Court has determined that this case and its associated adversary proceeding (No. 20-03013) should be transferred to its docket. It is therefore

**ORDERED** that the Clerk shall transfer this bankruptcy case and its associated adversary proceeding No. 20-03013 to this Court's docket.

###End of Order###